UNITED STATES of America, Plaintiff–Appellee,

v.

Willis Mark HAYNES, Defendant–Appellant.

No. 15–7388.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Willis Mark Haynes, Appellant Pro Se. James Andrew Crowell, IV, Deborah A. Johnston, Sujit Raman, Assistant United States Attorneys, Greenbelt, Maryland; Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willis Mark Haynes appeals the district court's text order denying his post-judgment motion to dismiss the indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*